1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LAUREN CUSICK, Bar #257570
Assistant Federal Defender
3 | Designated Counsel for Service
JARED W. STEPHENSON
4 | Certified Student Attorney
801 I Street, 3rd Floor
5 | Sacramento, California 95814
Telephone: (916) 498-5700

**FILED**

APR - 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7 | Attorney for Defendant
JACOB AZEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MAG 10-58-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE COURT TRIAL AND SET FOR HEARING ON MOTION TO SUPPRESS |
| JACOB AZEVEDO, | |
| Defendant. | Date:  April 20, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, and Lauren Cusick, Assistant Federal Defender, attorney for Jacob Azevedo, that the court trial set for April 28, 2010 be vacated and that the case be set for a hearing on April 20, 2010 at 10:00 a.m., on Mr. Azevedo's "Motion to Suppress Physical Evidence and Statements," filed on March 29, 2010.

Take notice that on April 20, 2010, in the courtroom of the Honorable Dale A. Drozd, Mr. Azevedo, by and through undersigned

counsel, will move this court for an order granting his motion to suppress physical evidence seized from him, and statements allegedly made by him, on November 22, 2009. Mr. Azevedo renews his request for an evidentiary hearing.

Dated: April 5, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Lauren Cusick
                                      LAUREN CUSICK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JACOB AZEVEDO


Dated: April 5, 2010                 BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ Matthew Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney


                                         O R D E R


    IT IS SO ORDERED.

Dated: April 5, 2010                _____
                                      HON. DALE A. DROZD
                                      United States Magistrate Judge